JS-6

FILED
CLERK, U.S. DISTRICT COURT
June 27, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JUSTIN DOOLEY and JAMES SCHELLENBERG,<br><br>Plaintiff,<br><br>vs.<br><br>METIC TRANSPLANTATION LAB, INC., a California corporation; YUICHI IWAKI, an individual; and UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation.<br><br>Defendants. | Case No. 2:13-cv-07039 SJO (JEMx)<br><br>**JUDGMENT**<br><br>Date: June 27, 2017<br>Courtroom: Hon. S. James Otero<br>Courtroom 1, 2nd Floor |

    The Court has considered Defendants Metic Transplantation Lab, Inc., Yuichi Iwaki, and the University of Southern California's (together, "Defendants") Consolidated Motion for Summary Judgment Pursuant to F.R.C.P. 56(A) ("Motion") and all documents filed in support thereof; Relators Justin Dooley and James Schellenberg's (together, "Relators") Opposition to Defendants' Motion ("Opposition") and all documents filed in support thereof; Defendants' Joint Reply to Relators' Opposition to Motion for Summary Judgment ("Reply") and all documents filed in support thereof; and all pleadings and papers on file in this action.

1
JUDGMENT

169070421

For the reasons stated in the concurrently filed Order Granting Defendants' Consolidated Motion for Summary Judgment Pursuant to F.R.C.P. 56(A):

IT IS HEREBY ORDERED that Defendants' Consolidated Motion for Summary Judgment Pursuant to F.R.C.P. 56(A) on all causes of action asserted in the Second Amended Complaint is granted.

IT IS HEREBY FURTHER ORDERED that Plaintiff the United States of America *ex rel.* Justin Dooley and James Schellenberg takes nothing, that the action be dismissed in its entirety, and that Defendants recover their costs.

Dated: June 27, 2017

_____
The Honorable S. James Otero
United States District Court Judge

169070421